### STATE OF NORTH CAROLINA v. JESSE McCULLEN DAUGHETY.

(Filed 20 October, 1965.)

APPEAL by defendant from *Mintz, J.,* 15 March 1965 Session of LENOIR.

This is a criminal action tried in the Recorder's Court of Kinston, North Carolina, upon a warrant charging defendant with driving a motor vehicle upon the highways and streets while under the influence of intoxicating beverages. From a verdict of guilty and the judgment imposed, defendant appealed to the Superior Court of Lenoir County in which there was a trial *de novo* on the original warrant.

The jury returned a verdict of guilty. The court sentenced defendant to three months in jail and assigned him to work under the direction of the State Prison Department. Execution of the sentence was suspended upon condition that defendant pay a fine of $300.00 and costs. Defendant appeals, assigning error.

*Attorney General Bruton, Asst. Attorney General Charles D. Barham, Jr., Staff Attorney Wilson B. Partin, Jr., for the State.*
*Turner & Harrison for defendant.*

PER CURIAM. The State's evidence was sufficient to be submitted to the jury and defendant does not contend otherwise.

We have examined the assignments of error with respect to the admission of evidence and to the charge of the court, and in our opinion no prejudicial error has been shown.

No error.